UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:18-cv-00939-RK |
| MID AM FOOD ENTERPRISES, INC., a Missouri corporation; | : |
| PAN KANSAS LLC, a Delaware limited liability company; | : |
| and | : |
| BRE RETAIL RESIDUAL MO OWNER LLC, a Delaware limited liability company; | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff FRED NEKOUEE and Defendants MID AM FOOD ENTERPRISES, INC. and BRE RETAIL RESIDUAL MO OWNER LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Except as otherwise agreed by the parties, each party is to bear its own costs and fees.

DATE: June 14, 2019

Respectfully submitted,

*s/ Robert J. Vincze* _
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792

Andover, Kansas 67002
Tel: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and


*s/ Kyle N. Roehler*_____
Kyle N. Roehler
FOLAND, WICKENS, ROPER, HOFER &
CRAWFORD PC
1200 Main Street
Suite 200
Kansas City, MO 64105
Tel: (816) 472-7474
Email: kroehler@fwpclaw.com

*Attorneys for Defendant Mid Am Food Enterprises, Inc.*

*s/ Christopher K. Ramsey* _____
Christopher K. Ramsey
MORGAN LEWIS & BOCKIUS, LLP
One Oxford Ctr., 32nd Floor
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 560-3300
Email: christopher.ramsey@morganlewis.com

Jason N. W. Plowman #67495
POLSINELLI LLC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Tel: (816) 360-4192
Email: jplowman@polsinelli.com

*Attorneys for Defendant BRE Retail Residual MO Owner LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of June 2019, a true and accurate copy of the above and foregoing Stipulation was filed electronically via the Court's CM/ECF electronic filing system and provided notice thereby to counsel of record.

<u>*s/Robert J. Vincze*</u>
Robert J. Vincze (MO #37687)
